ANNA C. BRUSH, Appellant, v. MERCOGLIANO BROTHERS, INC., Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

ELIZABETH DIVACK, Appellant, v. SADIE FLEXSER, Respondent.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

ROBERT G. ELBERT, Appellant, v. VILLAGE OF NORTH HILLS et al., Respondents.

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.